**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES N. BELSSNER,      )<br>                                                 )<br>             Plaintiff,            )<br>   vs.                                      )<br>                                                 )<br>AUTODYNAMICS.,             )<br>                                                 )<br>             Defendant.        )<br>                                                 )<br>                                                 )<br>                                                 ) | Case No.: 2:15-cv-2128-GMN-PAL<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 2), which states that Plaintiff Charles N. Belssner's ("Plaintiff's") Application to Proceed In Forma Pauperis, (ECF No. 1), be denied and that the complaint be dismissed without prejudice due to a lack of subject matter jurisdiction.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

1   Here, no objections were filed, and the deadline to do so has passed.

2   Accordingly,

3   **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 2), is
4   **ADOPTED** in full.

5   **IT IS FURTHER ORDERED** that the Application for Leave to Proceed In Forma
6   Pauperis, (ECF No. 1), is **DENIED** and the complaint is dismissed without prejudice.

8   **DATED** this __21__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court